UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CR. NO.  09-20088

                                    HONORABLE PAUL D. BORMAN

SARATH K. UDAPOLA-DHANAYAKAGE,

        Defendant.
_____/

## ORDER ENFORCING BUREAU OF PRISONS POLICY NUMBER PS 5800.07 RE: RING WITH STONE*: AUTHORIZING BUREAU OF PRISON'S TO REMOVE RING BY CUTTING IT OFF SINCE ALL OTHER ATTEMPTS TO REMOVE IT HAVE FAILED

SO ORDERED.

                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 11, 2009.

                                              S/Denise Goodine
                                              Case Manager

*P.17 #12  An inmate is permitted to retain: "Plain wedding band (no stones or intricate markings). The instant ring contains a stone.